IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PEDRO SANCHEZ and<br>AMPORO SANCHEZ<br><br>   Plaintiffs,<br><br>vs.<br><br>THE CLEVELAND VIBRATOR<br>COMPANY,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. 06-cv-0095-MJR<br>)<br>)<br>)<br>)<br>) |

## MEMORANDUM and ORDER

**REAGAN, District Judge:**

**A. Factual and Procedural History**

On February 1, 2006, plaintiffs Pedro and Amporo Sanchez filed a complaint with this Court against defendant Clinton Inc., d/b/a The Cleveland Vibrator Company ("Cleveland"). The Sanchez's claims arise out of Pedro's having suffered severe injuries as a result of entangling his arm in an industrial mechanical feeder system (*See* Doc. 1). In Counts I through IV, Pedro Sanchez asserts four separate theories of Cleveland's liability for those injuries (Doc. 1, pp. 1-17). The remaining Counts, Count V through VIII, are brought by Amporo Sanchez, Pedro's wife (*See* Doc. 1, pp. 17-34). In those counts, Amporo Sanchez alleges four separate loss of consortium claims corresponding to each theory of recovery asserted by Pedro in the four separate claims *he* asserts.

Now before the Court is Cleveland's motion to dismiss (Doc. 10) asking this Court to dismiss Counts V through VIII. Therein, Cleveland asserts that Amporo Sanchez "cannot allege four separate claims for loss of consortium against the Defendant" (Doc. 10). Cleveland is incorrect.

**FEDERAL RULE OF CIVIL PROCEDURE 8(e)(2)** allows Amporo Sanchez to "set forth

two or more statements of a claim or defense alternately or hypothetically, either in one count or defense or in *separate counts or defenses*." **FED. R. CIV. P. 8(e)(2) (emphasis added).** While it may be true that Amporo cannot ultimately *recover* on more than one claim for loss of consortium, she is entitled to *assert* separate claims. Accordingly, the Court **DENIES** Cleveland's motion to dismiss (Doc. 10).

    **IT IS SO ORDERED.**

    **DATED this 15th day of June, 2006.**

    **s/ Michael J. Reagan**
    **MICHAEL J. REAGAN**
    **United States District Judge**