# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PEDRO SANCHEZ and AMPORO SANCHEZ, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 06-CV-0095-MJR ) |
| THE CLEVELAND VIBRATOR COMPANY, | ) ) ) |
| Defendant. | ) |

## ORDER

**REAGAN, District Judge:**

On October 23, 2007, the parties filed a stipulation to voluntarily dismiss this case without prejudice (Doc. 25). **FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** provides that a plaintiff may voluntarily dismiss an action "by filing a stipulation of dismissal signed by all parties who have appeared in the action." Plaintiffs submitted a stipulation of dismissal signed by John H. Leskera, counsel for plaintiffs, and Paul B. Lee, counsel for defendant.

Pursuant to the parties' stipulation, the Court hereby **DISMISSES** the case **without prejudice**, with each party bearing its own costs.

**IT IS SO ORDERED.**

**DATED this 25th day of October 2007.**

s/ Michael J. Reagan
**MICHAEL J. REAGAN**
**United States District Judge**